1

2                    **UNITED STATES DISTRICT COURT**

3

4                    **NORTHERN DISTRICT OF CALIFORNIA**

5

6    ROBERT McCULLOUGH, JR. and DR.    )    **Case No.: 3:18-cv-02864**
     ZHONGXI ZHENG, derivatively       )
7    on behalf of MEDITE CANCER        )    **STIPULATION AND [~~PROPOSED~~]**
     DIAGNOSTICS, INC.,                )    **ORDER TO TRANSFER VENUE**
8                                      )    **TO THE DISTRICT COURT FOR**
                                       )    **THE DISTRICT OF DELAWARE**
9         Plaintiffs,                  )
                                       )
10        v.                           )
                                       )
11                                     )
     WILLIAM AUSTIN LEWIS IV,          )
12   STEPHEN VON RUMP, DR. JOHN        )
     ABELES, JOEL KANTER, GREGORY      )
13   FORTUNOFF and LEWIS               )
     OPPORTUNITY FUND                  )
14   L.P.,                             )
                                       )
15                                     )
          Defendants,                  )
16                                     )
                                       )
17        and                          )
                                       )
18   MEDITE CANCER DIAGNOSTICS,        )
19   INC.,                             )
                                       )
20        Nominal Defendant            )
                                       )
21   _____

22        Plaintiffs Robert McCullough, Jr. and Dr. Zhongxi Zheng ("Plaintiffs") and

23   Defendants Medite Cancer Diagnostics, Inc., Lewis Opportunity Fund, L.P., William

24   Austin Lewis IV, Stephen Von Rump, Dr. John Abeles, Joel Kanter and Gregory

25
26   Fortunoff ("Defendants," collectively, the "Parties") submit this Stipulation and Proposed

27   Order.

28

## RECITALS

1.    On October 23, 2018, Defendants filed a Motion to Dismiss the Plaintiffs' Complaint.

2.    Counsel for the Parties have met and conferred, and agree to Transfer Venue to the District Court for the District of Delaware

## STIPULATION AND PROPOSED ORDER

1.    IT IS HEREBY STIPULATED by and between the Parties that the Court shall Transfer Venue to the District Court for the District of Delaware, and vacate all pending dates and hearings currently on calendar in the Northern District of California.

IT IS SO STIPULATED AND AGREED, THROUGH COUNSEL OF RECORD.

DATED: November 16, 2018        BALDWIN MADER LAW GROUP


By:    /s/  *Christopher Mader*
        PATRICK BALDWIN
        CHRISTOPHER P. MADER
        *Attorneys for Plaintiffs*

DATED: November 16, 2018        OLSHAN FROME WOLOSKY LLP


By:    /s/  *Richard Nicholson*
        John G. Moon, Esq.
        Richard W. Nicholson, Jr., Esq.
        *Attorneys for Defendant Medite Cancer Diagnostics, Inc.*

/ / /

/ / /

/ / /

/ / /

DATED: November 16, 2018        MURPHY, PEARSON, BRADLEY & FEENEY


                                By:   /s/  *Jason Fellner*
                                Jason E. Fellner, Esq.
                                Alston L. Lew, Esq.
                                *Attorneys for Defendant Medite Cancer Diagnostics,*
                                *Inc.*


DATED: November 16, 2018        MILLSTEIN & ASSOCIATES


                                By:   /s/  *Gerald Richelson*
                                David J. Millstein, Esq.
                                Gerald S. Richelson, Esq.
                                *Attorneys for Defendants Lewis Opportunity Fund,*
                                *L.P., William Austin Lewis IV, Stephen von Rump,*
                                *Dr. John Abeles, Joel Kanter and Gregory Fortunoff*


IT IS SO ORDERED.

DATED:  11/19/18               By: _____
                                   Judge of the District Court